**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 7:19-cv-405 |
| | § | |
| 12.559 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN HIDALGO | § | |
| COUNTY, STATE OF TEXAS; AND | § | |
| GERARDO MARTINEZ, ET AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

**COMPLAINT IN CONDEMNATION**

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.     The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.     The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.     The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.     The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.     Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ N. Joseph Unruh*
        **N. JOSEPH UNRUH**
        Assistant United States Attorney
        Southern District of Texas No. 1571957
        Texas Bar No. 24075198
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Neil.Unruh@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-WSL-8002
Owner: Gerardo Martinez, *et al*.
Acres: 12.559

As identified in the Gift Warranty Deed, Document #: 2014-2568072, recorded on December 3, 2014 in the deed records of Hidalgo County:

**Being** a 12.559 acre (547,070.04 square feet) parcel of land, being out of the Juan José Ynojosa de Ballí Survey, Abstract No. 54, Hidalgo County, Texas, being out of Lot 5, Block 72 and Lot 8, Block 73 of Capisallo District Subdivision recorded in Volume P, Page 227, Map Records of Hidalgo County, Texas, being out of a called 31 acre tract conveyed to Gerardo Martinez by Gift Warranty Deed recorded in Instrument No. 2014-2568072, Official Records of Hidalgo County, Texas ("Tract Three") and being out of a tract of land conveyed to Gerardo Martinez by Gift Warranty Deed recorded in Instrument No. 2014-2568072, Official Records of Hidalgo County, Texas ("Tract Five"), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "POC RGV-WSL-8000 8002", said point being in the southwest line of a called 14.35 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas, said point being at the north corner of Martinez "Tract Five", the southeast corner of a called 135.1 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Warranty Deed recorded in Volume 443, Page 567, Deed Records of Hidalgo County, Texas, the northwest corner of a called 15.43 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 420, Page 594, Deed Records of Hidalgo County, Texas ("Tract No. 1") and the northeast corner of a called 2.68 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 420, Page 596, Deed Records of Hidalgo County, Texas ("Tract No.1"), said point having the coordinates of N=16548982.198, E=1179447.651;

**Thence**: S 21-34-00 E (Southeasterly, Record), continuing along the southwest line of the 14.35 acre tract, the northeast line of Martinez "Tract Five", the southwest line of the 15.43 acre river levee right-of-way and the northeast line of the 2.68 acre river levee right-of-way, passing at 199.98' the southeast corner of the 2.68 acre river levee right-of-way and the southwest corner of the 15.43 acre river levee right-of-way, continuing for a total distance of 244.07' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-48=8002-2" for the southeast

corner of Tract RGV-WSL-8002, said point being in the southwest line of the 14.35 acre tract and the northeast line of Martinez "Tract Five";

**Thence**: S 68-18-46 W, departing the southwest line of the 14.35 acre tract, over and across Martinez "Tract Five", passing at 583.77' the southwest line of Martinez "Tract Five" and the northeast line of the 31 acre tract, passing at 641.39' the east line of a called 8.06 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas ("Tract No. 4"), continuing for a total distance of 770.98' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8002-3" for the south corner of Tract RGV-WSL-8002, said point being within the 31 acre tract and the 8.06 acre river levee right-of-way;

**Thence**: N 55-59-00 W, over and across the 31 acre tract and the 8.06 acre river levee right-of-way, passing at 635.01' the west line of the 8.06 acre river levee right-of-way, continuing for a total distance of 1186.23' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8001-1=8002-4" for the southwest corner of Tract RGV-WSL-8002, said point being in the west line of the 31 acre tract and the east line of a called 49.6 acre tract conveyed to Fuller Farms by Warranty Deed recorded in Instrument No. 1971-19289, Official Records of Hidalgo County, Texas ("Tract II");

**Thence**: N 00-50-00 W, with the west line of the 31 acre tract and the east line of the 49.6 acre tract, passing at 110.90' the southwest corner of a called 0.64 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas ("Tract No. 3") and the southeast corner of a called 3.85 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 554, Deed Records of Hidalgo County, Texas ("Tract No. 1"), passing at 171.71' the northwest corner of the 0.64 acre river levee right-of-way and the southwest corner of a called 4.54 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas ("Tract No. 2"), continuing for a total distance of 355.61' to northwest corner of the 31 acre tract and southwest corner of Hidalgo & Cameron Counties Water Control & Improvement District No. 9, 11.79 acres recorded in Volume 443, Page 568 Deed Records Hidalgo County, Texas, and east line of 49.6 acre tract;

**Thence**: departing the east line of the 3.85 acre river levee right-of-way, east line of 49.6 acre tract, with north line of 31 acre tract and south line 11.79 acre tract the following courses and distances:

• S 56-06-00 E, a distance of 785.10' to a point;
• N 33-54-00 E, a distance of 50.00' to a point;
• S 56-06-00 E, a distance of 340.00' to a point;
• S 33-54-00 W, a distance of 50.00' to a point;

• S 56-06-00 E, a distance of 164.90' to a point for southeast corner of 11.79 acre tract, southwest corner of 135.1 acre tract, northeast corner of a 31 acre tract and northwest corner of Martinez "Tract Five";

**Thence**: N 68-42-15 E, along north line of Martinez "Tract Five" and south line of 135.1 acre tract a distance of 581.38' to the **Place of Beginning**.

Note:  All bearings, distances, and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD83.  Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## SCHEDULE D

## PLAT



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



<span style="color:red">LAND TO BE CONDEMNED</span>

**SCHEDULE D (Cont'd)**



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 21°34'00" E | 244.07' | SOUTHEASTERLY | N/A |
| L2 | S 68°18'46" W | 770.98' | N/A | N/A |
| L3 | N 53°59'00" W | 1186.23' | N/A | N/A |
| L4 | N 00°50'00" W | 355.61' | N/A | N/A |
| L5 | S 56°06'00" E | 785.10' | N/A | N/A |
| L6 | N 33°54'00" E | 50.00' | N/A | N/A |
| L7 | S 56°06'00" E | 340.00 | N/A | N/A |
| L8 | S 33°54'00" W | 50.00' | N/A | N/A |
| L9 | S 56°06'00" E | 164.90' | N/A | N/A |
| L10 | N 68°42'15" E | 581.38' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16548982.198 | 1179447.651 | RGV-WSL=8002-1 |
| 2 | 16548715.219 | 1179537.365 | RGV-WSL-8000-48=8002-2 |
| 3 | 16548470.310 | 1178820.957 | RGV-WSL-8002-3 |
| 4 | 16549133.927 | 1177837.721 | RGV-WSL-8001-1=8002-4 |

RIO GRANDE VALLEY BORDER FENCE
RGV-WSL-8002  12.559 ACRES
GERARDO MARTINEZ

REAL ESTATE DIVISION
PLANNING & APPRAISAL · CADASTRAL
819 TAYLOR ST
ROOM 2A06
FT WORTH, TEXAS 76102
TEL NO. (817) 886-1896     FAX NO. (817) 886-4501

US Army Corps
of Engineers

| DATE: AUGUST 2018 | Mark | Description | Date | Appr | |
| SCALE: 1"=100' | | | | | |
| DWG BY: WJV | | | | | |
| REVIEWED BY: SDC | | | | SHEET 4 OF 6 |

LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract: RGV-WSL-8002
Owner: Gerardo Martinez, *et al.*
Acres: 12.559

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified as "Tract Three" and "Tract Five" in Schedule C and Schedule D reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and the easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.



**Border Infrastructure Project**

# RGV-02

**WSL-8000-8007**



**Hidalgo County, Texas**

## Legend

 Tracts

 ParentTracts

Beginning

Ending

WSL-8002





1 inch = 456 feet

Warning: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

December 4, 2019

# SCHEDULE F

## <u>SCHEDULE F</u>

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is NINETY

THREE THOUSAND FOUR HUNDRED AND FORTY NINE DOLLARS AND NO/100

($93,449.00), to be deposited herewith in the Registry of the Court for the use and benefit

of the persons entitled thereto.

# SCHEDULE G

## **SCHEDULE G**

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Gerardo Martinez**<br><br>San Antonio, TX 78253 | Gift Warranty Deed, Document # 2014-2568072, recorded December 03, 2014, Deed Records of Hidalgo County<br><br>Gift Warranty Deed, Document # 2007-1742289, recorded April 3, 2007, Deed Records of Hidalgo County |
| **Marvin Fuller**<br><br>Weslaco, TX 78596 | Tenant |
| **Hidalgo County Tax Assessor & Collector**<br>**Pablo "Paul" Villareal, Jr.**<br>2804 S. Business Hwy. 281<br>Edinburg, TX 78539 | Property Taxes |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N. Joseph Unruh, United States Attorney's Office, Southern District of Texas, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX  78501

## DEFENDANTS

12.559 Acres of Land, More or Less, Situate in Hidalgo County, State of Texas; and Gerardo Martinez, Et. Al.

County of Residence of First Listed Defendant   **Bexar**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
      Plaintiff

☐ 2   U.S. Government
      Defendant

☐ 3   Federal Question
      *(U.S. Government Not a Party)*

☐ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                     *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*      JUDGE                                DOCKET NUMBER

DATE   12/06/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE