# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-8002
Owner:  Gerardo Martinez, *et al*.
Acres:  12.559

As identified in the Gift Warranty Deed, Document #: 2014-2568072, recorded on December 3, 2014 in the deed records of Hidalgo County:

**Being** a 12.559 acre (547.070.04 square feet) parcel of land, being out of the Juan José Ynojosa de Ballí Survey, Abstract No. 54, Hidalgo County, Texas, being out of Lot 5, Block 72 and Lot 8, Block 73 of Capisallo District Subdivision recorded in Volume P, Page 227, Map Records of Hidalgo County, Texas, being out of a called 31 acre tract conveyed to Gerardo Martinez by Gift Warranty Deed recorded in Instrument No. 2014-2568072, Official Records of Hidalgo County, Texas ("Tract Three") and being out of a tract of land conveyed to Gerardo Martinez by Gift Warranty Deed recorded in Instrument No. 2014-2568072, Official Records of Hidalgo County, Texas ("Tract Five"), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "POC RGV-WSL-8000 8002", said point being in the southwest line of a called 14.35 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Deed recorded in Volume 314, Page 62, Deed Records of Hidalgo County, Texas, said point being at the north corner of Martinez "Tract Five", the southeast corner of a called 135.1 acre tract conveyed to Hidalgo & Cameron Counties Water Control & Improvement District No. 9 by Warranty Deed recorded in Volume 443, Page 567, Deed Records of Hidalgo County, Texas, the northwest corner of a called 15.43 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 420, Page 594, Deed Records of Hidalgo County, Texas ("Tract No. 1") and the northeast corner of a called 2.68 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 420, Page 596, Deed Records of Hidalgo County, Texas ("Tract No.1"), said point having the coordinates of N=16548982.198, E=1179447.651;

**Thence**: S 21-34-00 E (Southeasterly, Record), continuing along the southwest line of the 14.35 acre tract, the northeast line of Martinez "Tract Five", the southwest line of the 15.43 acre river levee right-of-way and the northeast line of the 2.68 acre river levee right-of-way, passing at 199.98' the southeast corner of the 2.68 acre river levee right-of-way and the southwest corner of the 15.43 acre river levee right-of-way, continuing for a total distance of 244.07' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8000-48=8002-2" for the southeast

corner of Tract RGV-WSL-8002, said point being in the southwest line of the 14.35 acre tract and the northeast line of Martinez "Tract Five";

**Thence**: S 68-18-46 W, departing the southwest line of the 14.35 acre tract, over and across Martinez "Tract Five", passing at 583.77' the southwest line of Martinez "Tract Five" and the northeast line of the 31 acre tract, passing at 641.39' the east line of a called 8.06 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas ("Tract No. 4"), continuing for a total distance of 770.98' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8002-3" for the south corner of Tract RGV-WSL-8002, said point being within the 31 acre tract and the 8.06 acre river levee right-of-way;

**Thence**: N 55-59-00 W, over and across the 31 acre tract and the 8.06 acre river levee right-of-way, passing at 635.01' the west line of the 8.06 acre river levee right-of-way, continuing for a total distance of 1186.23' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-8001-1=8002-4" for the southwest corner of Tract RGV-WSL-8002, said point being in the west line of the 31 acre tract and the east line of a called 49.6 acre tract conveyed to Fuller Farms by Warranty Deed recorded in Instrument No. 1971-19289, Official Records of Hidalgo County, Texas ("Tract II");

**Thence**: N 00-50-00 W, with the west line of the 31 acre tract and the east line of the 49.6 acre tract, passing at 110.90' the southwest corner of a called 0.64 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas ("Tract No. 3") and the southeast corner of a called 3.85 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 434, Page 554, Deed Records of Hidalgo County, Texas ("Tract No. 1"), passing at 171.71' the northwest corner of the 0.64 acre river levee right-of-way and the southwest corner of a called 4.54 acre river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 425, Page 16, Deed Records of Hidalgo County, Texas ("Tract No. 2"), continuing for a total distance of 355.61' to northwest corner of the 31 acre tract and southwest corner of Hidalgo & Cameron Counties Water Control & Improvement District No. 9, 11.79 acres recorded in Volume 443, Page 568 Deed Records Hidalgo County, Texas, and east line of 49.6 acre tract;

**Thence**: departing the east line of the 3.85 acre river levee right-of-way, east line of 49.6 acre tract, with north line of 31 acre tract and south line 11.79 acre tract the following courses and distances:

• S 56-06-00 E, a distance of 785.10' to a point;
• N 33-54-00 E, a distance of 50.00' to a point;
• S 56-06-00 E, a distance of 340.00' to a point;
• S 33-54-00 W, a distance of 50.00' to a point;

• S 56-06-00 E, a distance of 164.90' to a point for southeast corner of 11.79 acre tract, southwest corner of 135.1 acre tract, northeast corner of a 31 acre tract and northwest corner of Martinez "Tract Five";

**Thence**: N 68-42-15 E, along north line of Martinez "Tract Five" and south line of 135.1 acre tract a distance of 581.38' to the **Place of Beginning**.


Note:  All bearings, distances, and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD83.  Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## SCHEDULE D

## PLAT



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 21°34'00" E | 244.07' | SOUTHEASTERLY | N/A |
| L2 | S 68°18'46" W | 770.98' | N/A | N/A |
| L3 | N 55°59'00" W | 1186.23' | N/A | N/A |
| L4 | N 00°50'00" W | 355.61' | N/A | N/A |
| L5 | S 56°06'00" E | 785.10' | N/A | N/A |
| L6 | N 33°54'00" E | 50.00' | N/A | N/A |
| L7 | S 56°06'00" E | 340.00 | N/A | N/A |
| L8 | S 33°54'00" W | 50.00' | N/A | N/A |
| L9 | S 56°06'00" E | 164.90' | N/A | N/A |
| L10 | N 68°42'15" E | 581.38' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16548982.198 | 1179447.651 | RGV-WSL=8002-1 |
| 2 | 16548755.219 | 1179537.365 | RGV-WSL-8000-48=8002-2 |
| 3 | 16548470.310 | 1178820.957 | RGV-WSL-8002-3 |
| 4 | 16549133.927 | 1177837.721 | RGV-WSL-8001-1=8002-4 |

RIO GRANDE VALLEY BORDER FENCE
RGV-WSL-8002  12.559 ACRES
GERARDO MARTINEZ

REAL ESTATE DIVISION
PLANNING & APPRAISAL · CADASTRAL
819 TAYLOR ST
ROOM 2A06
FT WORTH, TEXAS 76102
TEL NO. (817) 886-1896      FAX NO. (817) 886-4501

US Army Corps
of Engineers

| DATE: AUGUST 2018 | Mark | Description | Date | Appr | |
|-------------------|------|-------------|------|------|--|
| SCALE: 1"=100' | | | | | |
| CKD BY: WJV | | | | | |
| REVIEWED BY: NDC | | | SHEET 4 | OF 6 |

LAND TO BE CONDEMNED

## SCHEDULE D (Cont'd)



LAND TO BE CONDEMNED

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-8002
Owner:  Gerardo Martinez, *et al.*
Acres:  12.559

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified as "Tract Three" and "Tract Five" in Schedule C and Schedule D reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and the easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.



Border Infrastructure Project

# RGV-02
### WSL-8000-8007



## Hidalgo County, Texas

## Legend

 Tracts

 ParentTracts

Ending

Beginning

WSL-8002



| 0 | 900 | 1,800 |
Feet

1 inch = 456 feet

Warning: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

December 4, 2019

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINETY

THREE THOUSAND FOUR HUNDRED AND FORTY NINE DOLLARS AND NO/100

($93,449.00), to be deposited herewith in the Registry of the Court for the use and benefit

of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Gerardo Martinez**<br><br>San Antonio, TX 78253 | Gift Warranty Deed, Document # 2014-2568072, recorded December 03, 2014, Deed Records of Hidalgo County<br><br>Gift Warranty Deed, Document # 2007-1742289, recorded April 3, 2007, Deed Records of Hidalgo County |
| **Marvin Fuller**<br><br>Weslaco, TX 78596 | Tenant |
| **Hidalgo County Tax Assessor & Collector**<br>**Pablo "Paul" Villareal, Jr.**<br>2804 S. Business Hwy. 281<br>Edinburg, TX 78539 | Property Taxes |