IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
**FILED**

DEC 09 2019

**David J. Bradley, Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff, | § <br> § <br> § |
| v. | §    CIVIL ACTION NO. 7:19-cv-00405 |
| 12.559 ACRES OF LAND, MORE OR LESS,<br>SITUATE IN HIDALGO COUNTY, STATE<br>OF TEXAS, GERARDO MARTINEZ, *et al.*,<br>     Defendants. | § <br> § <br> § <br> § <br> § <br> § |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on December 9, 2019, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01855285, dated December 5, 2019, for the total sum of NINETY THREE THOUSAND FOUR HUNDRED FORTY NINE AND NO CENTS, being the estimated amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: _/s/ Sarah Castillo_
     Deputy Clerk