UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-405 |
| | § | |
| 12.559 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The Court now considers the notice of settlement[1] filed by the United States of America ("United States"). Therein, the United States informs the Court that it "has reached settlement terms with Defendant Gerardo Martinez regarding the amount of just compensation to be paid by the United States for its taking of Tract RGV-WSL-8002. The other remaining defendant, Marvin Fuller, has informed undersigned counsel that he intends to execute a disclaimer."[2] The United States further explains that after the execution of a disclaimer by Mr. Fuller, the United States intends to file an amended Schedule GG reflecting the change and a "Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court for Tract RGV-WSL-8002."[3]

In light of the foregoing, the Court hereby **CANCELS** the parties' February 11, 2020 initial pretrial and scheduling conference[4] and **ORDERS** the parties to file the aforementioned documents by **Tuesday, February 11, 2020.** Alternatively, the Court **ORDERS** the parties to

---

[1] Dkt. No. 12. The Court notes that the United States also filed a motion for immediate possession as to Tract RGV-WSL-8002, which shall remain pending until the Court has ruled on the parties' anticipated joint motion.
[2] *Id.* at p. 1.
[3] *Id.*
[4] Dkt. No. 7.

file a status report by **Tuesday, February 11, 2020** explaining why the parties have not filed the relevant documentation.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 10th day of January, 2020.

                                               Micaela Alvarez
                                         United States District Judge