IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 7:19-cv-405 |
| 12.559 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS, AND GERARDO MARTINEZ, ET AL.,<br>    Defendants. | § § § § § § | |

## CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on January 16, 2020 I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736 01858082, dated January 10, 2020, for the total sum of THIRTY ONE THOUSAND FIVE HUNDRED FIFTY ONE DOLLARS AND NO CENTS, being the additional amount of just compensation in the above entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By: _____
      Deputy Clerk