United States District Court
Southern District of Texas
**ENTERED**
February 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:19-CV-405 |
| 12.559 ACRES OF LAND, MORE OR LESS, *et al*, | § § § § | |
| Defendants. | § | |

## **ORDER**

On January 6, 2020, the United States of America ("United States") filed a notice of settlement[1] informing the Court that it "has reached settlement terms with Defendant Gerardo Martinez regarding the amount of just compensation to be paid by the United States for its taking of Tract RGV-WSL-8002. The other remaining defendant, Marvin Fuller, has informed undersigned counsel that he intends to execute a disclaimer."[2] The United States further explained that after the execution of a disclaimer by Mr. Fuller, the United States intends to file an amended Schedule GG reflecting the change and a "Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court for Tract RGV-WSL-8002."[3]

The United States now indicates in its recently filed status report[4] that it is still in the process of securing Mr. Fuller's disclaimer before it finalizes and files a "Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court for Tract RGV-WSL-8002" with the remaining Defendant, Gerardo

---

[1] Dkt. No. 12. The Court notes that the United States also filed a motion for immediate possession as to Tract RGV-WSL-8002, which shall remain pending until the Court has ruled on the parties' anticipated joint motion.
[2] *Id.* at p. 1.
[3] *Id.*
[4] Dkt. No. 15.

Martinez.[5] Accordingly, the United States requests an additional thirty days to finalize all documents and file the joint motion in order to close the case on the Court's docket.[6]

The Court finds good cause for this request. The Court hereby **ORDERS** the parties to file dismissal documentation by **March 13, 2020.** Alternatively, the Court **ORDERS** the parties to appear for a status conference on **Tuesday, April 14, 2020 at 9:00 a.m.** Moreover, the Court **ORDERS** the United States to file a status report in preparation for the status conference by **April 3, 2020.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 18th day of February, 2020.

                                                              _____
                                                              Micaela Alvarez
                                                              United States District Judge

---

[5] *See* Dkt. No. 15 p. 2, ¶¶ 7–10.
[6] *Id.* ¶¶ 9–10