IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:19-CV-405 |
| 12.559 ACRES OF LAND, more or less, situated in HIDALGO COUNTY, STATE OF TEXAS; and GERARDO MARTINEZ, et al., | § § § § § | |
| *Defendants.* | § § | |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT GERARDO MARTINEZ

Please take notice that the undersigned Roy R. Brandys, on behalf of Defendant Gerardo Martinez, appears as lead-counsel and Attorney-in-Charge for said Defendant in this lawsuit, in addition to Nicholas P. Laurent, also appearing as co-counsel for said Defendant in this lawsuit.

Respectfully submitted,

BARRON, ADLER, CLOUGH & ODDO, L.L.P.
808 Nueces Street
Austin, Texas 78701
Ph: (512) 478-4995
Fax: (512) 478-6022

By:  */s/ Roy R. Brandys*
Roy R. Brandys
Attorney-in-Charge
Texas Bar Number 02883550
Federal Admission No. 31963
brandys@barronadler.com
Nicholas P. Laurent
Texas Bar Number 24065591
Federal Admission No. 1090833
laurent@barronadler.com

ATTORNEYS FOR DEFENDANT,

- 2 -

GERARDO MARTINEZ

## CERTIFICATE OF SERVICE

I, Roy R. Brandys, Attorney for Defendant Gerardo Martinez, hereby certify that on April 9, 2020, I electronically filed the foregoing using the Court's CM/ECF system which will send service notification to all counsel of record.

By:   */s/ Roy R. Brandys*
       Roy R. Brandys